NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ASHLEY FURNITURE INDUSTRIES, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**UNITED STATES INTERNATIONAL TRADE COMMISSION,**
*Defendant-Appellee,*

AND

**AMERICAN FURNITURE MANUFACTURERS COMMITTEE FOR LEGAL TRADE, KINCAID FURNITURE CO., INC., L. & J.G. STICKLEY, INC., SANDBERG FURNITURE MANUFACTURING COMPANY, INC., STANLEY FURNITURE COMPANY, INC., T. COPELAND AND SONS, INC., AND VAUGHAN-BASSETT FURNITURE COMPANY, INC.,**
*Defendants-Appellees.*

---

2012-1196

---

Appeal from the United States Court of International Trade in consolidated case no. 07-CV-0323, Judge Timothy C. Stanceu.

---

**ETHAN ALLEN GLOBAL, INC.** AND **ETHAN ALLEN OPERATIONS, INC.,**
*Plaintiffs-Appellants,*

**v.**

**UNITED STATES** AND **UNITED STATES CUSTOMS AND BORDER PROTECTION,**
*Defendants-Appellees,*

AND

**INTERNATIONAL TRADE COMMISSION,**
*Defendant-Appellee,*

AND

**KINCAID FURNITURE CO., INC., L. & J.G. STICKLEY, INC., SANDBERG FURNITURE MANUFACTURING COMPANY, INC., STANLEY FURNITURE COMPANY, INC., T. COPELAND AND SONS, INC.,** AND **VAUGHAN-BASSETT FURNITURE COMPANY, INC.**
*Defendants-Appellees.*

2012-1200

Appeal from the United States Court of International Trade in case no. 08-CV-0302, Judge Timothy C. Stanceu.

# FURNITURE BRANDS INTERNATIONAL, INC.,
*Plaintiff-Appellant,*

v.

# UNITED STATES
*Defendant-Appellee,*
AND

# UNITED STATES INTERNATIONAL TRADE COMMISSION,
*Defendant-Appellee,*

AND

# AMERICAN FURNITURE MANUFACTURERS COMMITTEE FOR LEGAL TRADE AND VAUGHAN-BASSETT FURNITURE COMPANY, INC.,
*Defendants-Appellees.*

---

2012-1059

---

Appeal from the United States Court of International Trade in case no. 07-CV-0026, Judge Timothy C. Stanceu.

--------------------------------------------------------------------

# STANDARD FURNITURE MANUFACTURING CO., INC.,
*Plaintiff-Appellant,*

v.

# UNITED STATES,
*Defendant-Appellee,*
AND

# INTERNATIONAL TRADE COMMISSION,

*Defendant-Appellee,*

AND

AMERICAN FURNITURE MANUFACTURERS COMMITTEE FOR LEGAL TRADE, KINCAID FURNITURE CO., INC., L. & J.G. STICKLEY, INC., SANDBERG FURNITURE MANUFACTURING COMPANY, INC., STANLEY FURNITURE COMPANY, INC., T. COPELAND AND SONS, INC., AND VAUGHAN-BASSETT FURNITURE COMPANY, INC.,
*Defendants-Appellees.*

---

2012-1230

---

Appeal from the United States Court of International Trade in consolidated case no. 07-CV-0028, Judge Timothy C. Stanceu.

-----------------------------------------------------------------

SCHAEFFLER GROUP USA, INC.
*Plaintiff-Appellant,*

v.

UNITED STATES AND UNITED STATES CUSTOMS AND BORDER PROTECTION,
*Defendants-Appellees,*

AND

INTERNATIONAL TRADE COMMISSION,
*Defendant-Appellee,*

AND

THE TIMKEN COMPANY AND MPB CORPORATION,

*Defendants-Appellees.*

---

2012-1269

---

Appeal from the United States Court of International Trade in consolidated case no. 06-CV-0432, Judge Gregory W. Carman.

## O R D E R

The court considers whether *Ashley Furniture Industries, Inc. v. United States,* 2012-1196 and *Ethan Allen Global, Inc. v. United States,* 2012-1200 should be treated as companion cases and whether the remainder of the above-captioned cases should be stayed pending *Ashley Furniture* and *Ethan Allen.*

The court notes that these cases involve related arguments regarding the constitutionality of certain provisions of the Continued Dumping and Subsidy Offset Act (CDSOA) and this court's decision in *SKF USA, Inc. v. U.S. Customs and Border Protection,* 556 F.3d 1337 (Fed. Cir. 2009). Under the circumstances, the court deems it appropriate for *Ethan Allen* and *Ashley Furniture* to be treated as companion cases for purposes of oral argument and be heard before the same merits panel. The remainder of the above-captioned cases are stayed pending issuance of the mandate in *Ashley Furniture,* 2012-1196 and *Ethan Allen,* 2012-1200.

Accordingly,

IT IS ORDERED THAT:

(1) *Ashley Furniture,* 2012-1196 and *Ethan Allen,* 2012-1200 are designated companion cases for purposes of oral argument, and will be argued together before the same merits panel.

(2) The briefing in appeal nos. 2012-1059, 2012-1230, and 2012-1269 is stayed pending issuance of the mandates in *Ashley Furniture,* 2012-1196 and *Ethan Allen,* 2012-1200. Within 14 days thereof, the appellants in each of appeal nos. 2012-1059, 2012-1230, and 2012-1269 are directed to inform this court concerning how they believe their appeals should proceed. The other parties may also respond within that time.

(3) A copy of this order will be forwarded to the merits panel in appeal nos. *Ashley Furniture,* 2012-1196 and *Ethan Allen,* 2012-1200.

FOR THE COURT

**MAY 0 8 2012**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Joseph W. Dorn, Esq.
     Jeffrey S. Grimson, Esq.
     Patrick V. Gallagher, Esq.
     Jessica R. Toplin, Esq.
     David W. DeBruin, Esq.
     Craig A. Lewis, Esq.
     Max F. Schutzman, Esq.
     Terence P. Stewart, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 8 2012

JAN HORBALY
CLERK

s23